```
QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Petitioner
RANDY JAMES GEREN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN, ) | |
| ) | No. CIV S-05-1344 DFL GGH |
| Petitioner, ) | |
| ) | MOTION FOR SUBSTITUTION OF COUNSEL; |
| v. ) | ORDER |
| ) | |
| TOM L. CAREY, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner RANDY JAMES GEREN hereby moves this Court for an order substituting Marylou Hillberg, P.O. Box 1879, Sebastopol, California, 95473; telephone (707) 575-0393 for the Office of the Federal Defender as petitioner's counsel in this matter.  The Federal Defender's Office has determined that it is currently unable to represent petitioner.  Ms. Hillberg has agreed to accept the appointment.  She is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases.  A copy of the court's file in this case will be forwarded to Marylou Hillberg.

////

////

////

1    Marylou Hillberg is aware of any deadlines in this case and requests
2 a forty-day extension of time up to and including October 3, 2005 to file
3 a Joint Scheduling Statement. Respondent's counsel, Daniel B. Bernstein
4 was contacted and he graciously indicated that he had no objection to
5 this extension.  Marylou Hillberg has authorized the undersigned to sign
6 this substitution motion on her behalf.

```
                                Respectfully submitted,

                                QUIN DENVIR
                                Federal Defender


Dated: August 22,  2005         /s/ David M. Porter
                                DAVID M. PORTER
                                Assistant Federal Defender
                                Attorneys for Petitioner
                                RANDY JAMES GEREN



Dated: August 22, 2005          /s/ Marylou Hillberg
                                Marylou Hillberg
```

                                ********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Marylou Hillberg shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.  The Joint Scheduling Statement shall be filed on or before October 3, 2005.

```
Dated: 8/24/05                  /s/ Gregory G. Hollows
                                _____

                                GREGORY G. HOLLOWS
                                United States Magistrate Judge
```

gere1344.po

2