IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JAMES GEREN,

    Petitioner,                    No. CIV S-05-1344 DFL GGH P

    vs.

TOM L. CAREY, Warden,

    Respondent.                <u>ORDER</u>

_____/

        On July 25, 2005, the court appointed counsel for petitioner. Petitioner was personally directed either to file an in forma pauperis affidavit or to pay the required filing fee of $5.00 within thirty days of the filing of the July 25, 2005 order. Petitioner has made some inquiries of the court subsequent to issuance of that order on his own and not through counsel; petitioner is informed that since counsel has been appointed for him, other than filing the in forma pauperis affidavit or paying the filing fee pursuant to court order, he must communicate to the court only through his counsel. Petitioner's August 2, 2005 filing is, therefore, disregarded.

        IT IS SO ORDERED.

DATED: 8/24/05                          /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

ggh:009/gere1344.ord