UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN,<br><br>  Petitioner,<br>  vs.<br><br>TOM L. CAREY, WARDEN, et al<br><br>  Respondents | Case No. CIV S 05-1344 DFL GGH<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED PETITION<br><br>[LOCAL RULE 6-142, SUB.(C)] |

  Pursuant to this Ex Parte Motion for an Extension of Time to File an Amended Petition by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's amended petition will be due on March 6, 2006.

Dated: 12/12/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

gere1344.eot