```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


RANDY JAMES GEREN,               )
                                 ) Case No. CIV S 05-1344 DFL GGH
      Petitioner,                )
      vs.                        )
                                 ) ORDER GRANTING REQUEST FOR
                                 ) EXTENSION OF TIME TO FILE
TOM L. CAREY, WARDEN, et al      ) AMENDED PETITION
                                 )
      Respondents                ) [LOCAL RULE 6-142, SUB.(C)]
                                 )
                                 )
                                 )
                                 )
```

Pursuant to this Ex Parte Motion for an Extension of Time to File an Amended Petition by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's amended petition will be due on May 5, 2006.  No further extension.

Dated: 3/14/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

gere1344.rtf