UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN, | ) |
| | ) Case No. CIV S 05-1344 DFL GGH |
| Petitioner, | ) |
| vs. | ) |
| | ) ORDER GRANTING REQUEST FOR |
| TOM L. CAREY, WARDEN, et al | ) EXTENSION OF TIME TO FILE |
| | ) AMENDED PETITION |
| Respondents | ) [LOCAL RULE 6-142, SUB.(C)] |
| | ) |
| | ) |
| | ) |
| | ) |

        Pursuant to this Ex Parte Motion for an Extension of
Time to File an Amended Petition by petitioner in the above
named case, and for the good cause shown herein, IT IS
HEREBY ORDERED that petitioner's amended petition will be
due 60 days after approval of the second funding request.

Dated: 8/2/06                    /s/ Gregory G. Hollows

                                 _____
                                 GREGORY G. HOLLOWS
                                 United States Magistrate Judge

gere1344.po3