

FILED
AUG - 7 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN,<br><br>    Petitioner,<br><br>vs.<br><br>TOM L. CAREY, WARDEN, et al<br><br>    Respondents | Case No. CIV S 05-1344 DFL GGH<br><br>EX PARTE FUNDING REQUEST FOR<br>EXPERT TO EXCEED $1600<br><br>[Title 18 U.S.C. Section 3006A] |

I certify that the estimated compensation or fee in excess of the maximum set forth in subsection (e)(5) of the Criminal Justice Act appears necessary to provide adequate compensation for services of an unusual character or duration and therefore recommend approval of this

$_____ *

DATED: 8/2/06

GREGORY C. HOLLOWS
HONORABLE GREGORY HOLLOWS
U.S. MAGISTRATE JUDGE

Advanced authorization is hereby approved in the amount of $ 1,000.00

DATED: _____

_____
CHIEF JUDGE,
UNITED STATES COURT OF APPEALS

-20-

* No further "investigative" monies will be approved absent extraordinary circumstances. [initials]