UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JAMES GEREN,                    )
                                      )  Case No. CIV S 05-1344 DFL GGH
        Petitioner,                   )
        vs.                           )
                                      )  ORDER GRANTING REQUEST FOR
TOM L. CAREY, WARDEN, et al           )  FINAL EXTENSION OF TIME TO FILE
                                      )  AMENDED PETITION
        Respondents                   )  [LOCAL RULE 6-142, SUB.(C)]
                                      )
                                      )
                                      )
_____   )

        Pursuant to this Ex Parte Motion for an Extension of
Time to File an Amended Petition by petitioner in the above
named case, and for the good cause shown herein, IT IS
HEREBY ORDERED that petitioner's amended petition will be
due December 1, 2006.  **There will be no further extension of
time.**

Dated: 10/18/06                /s/ Gregory G. Hollows
                               _____
                               GREGORY G. HOLLOWS
                               United States Magistrate Judge


gere1344.po4