IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN,<br><br>    Petitioner,<br><br>  vs.<br><br>TOM L. CAREY, Warden,<br><br>    Respondent. | No. 2:05-cv-01344-JKS-GGH<br><br>ORDER |

   Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

   On July 30, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. No objections to the Findings and Recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

   Accordingly, IT IS HEREBY ORDERED THAT:

1.  The Findings and Recommendations filed July 30, 2007, are adopted in full;

2.  Petitioner's motion to stay these proceedings at Docket No. 37 is GRANTED;

3.  Petitioner is directed to file a state supreme court petition for the purpose of exhausting the unexhausted claim, if one has not already been filed, within thirty days of entry of this order;

4.  Petitioner is directed to inform this court within thirty days of the filing of the state supreme court decision as to the claim at issue, so that any stay that may be imposed in this matter may be lifted and this case proceed;

5. The Clerk of the Court to administratively close this case.

Dated:  January 11, 2008

                                                      s/ James K. Singleton, Jr.
                                                    JAMES K. SINGLETON, JR.
                                                    United States District Judge