IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JAMES GEREN,

    Petitioner,                    No. CIV S-05-1344 JKS GGH P

    vs.

TOM L. CAREY, Warden,           <u>ORDER</u>

    Respondent.

_____/

        Petitioner is proceeding with appointed counsel on an application for a writ of habeas corpus, pursuant to 28 U.S.C. 2254. On July 16, 2009, a hearing was held before the undersigned, to lift the stay on the case and to request an evidentiary hearing. The undersigned was later informed of two status conferences in Butte County Court held on August 5 & 26, 2009, regarding the state court proceedings connected with the instant case.

        IT IS HEREBY ORDERED, that attorneys for the parties shall appear before the undersigned, on September 17, 2009, at 9:00 am, to update the court on the status of the proceedings in Butte County. Kelly Malloy, Deputy District Attorney for Butte County, may

\\\\\

\\\\\

\\\\\

1

1  appear by telephone, if she desires to appear at all, and shall contact this court's courtroom clerk,

2  Valerie Callen at (916) 930-4199, to make the proper arrangements.

3  DATED: September 10, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:AB
gere1344.ord