IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JAMES GEREN,

    Petitioner,                No. CIV S-05-1344 JKS GGH P

    vs.

TOM L. CAREY, Warden,

    Respondent.           ORDER

_____/

        Petitioner's counsel has made yet another request for this court to help out with the funding associated with the evidentiary hearing in state court. This time, petitioner seeks compensation for Dr. Victoroff's travel time of 25 hours at $125.00 per hour and a maximum of $500.00 in travel costs.

        The above request is approved, and except as set forth in the court's October 9, 2009 order, it will be the last federal funding assistance approved for the state evidentiary hearing.

        ACCORDINGLY, the petitioner's motion for funding request filed January 23, 2010, is granted as stated herein.

DATED: 03/03/2010              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH:035 - geren1344.fund